IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMIE R. EDMONDSON                                                    PLAINTIFF

V.                          CASE NO. 5:15-CV-5074

OFFICER ELKINS, Arkansas State Police                                 DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on September 21, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Dismiss (Doc. 11) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g), and therefore, the Clerk of the Court is directed to place a strike on the case.

**IT IS SO ORDERED** on this 12th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE